FILED
2026 Nov-13 AM 09:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **PEGGY A. JEFFERSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE,**<br><br>**Defendants.** | ) | **Case No.: 5:26-cv-734-LCB** |

## MEMORANDUM

The parties have filed a joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for all claims asserted by Jefferson against Outback/Alabama-I, Limited Partnership. (Doc. 7). Parties may dismiss an action voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, receiverships, or any applicable federal statute. FED. R. CIV. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case.

Moreover, in a lawsuit with more than one defendant, "an 'action' can refer to all the claims against one party." *Baxter v. Santiago-Miranda*, 121 F.4th 732, 884 (11th Cir. 2024). Rule 41(a) therefore permits a plaintiff to "dismiss an 'action' against a single defendant—that is, all claims against that defendant." *Id.*

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, all claims against Outback/Alabama-I, Limited Partnership were dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the action upon proper filing). Jefferson's claims against Outback Steakhouse of Florida, LLC remain.

**DONE** and **ORDERED** this November 13, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE